# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

No. 201800224

———————————

**UNITED STATES OF AMERICA**
*Appellee*

v.

**Nathan K. WILLIAMS**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

*Military Judges:* Major Terrance J. Reese, USMC (arraignment)
Lieutenant Colonel Emily A. Jackson-Hall, USMC (trial).

*For Appellant:* Commander C. Eric Roper, JAGC, USN.

*For Appellee*: Brian K. Keller, Esq.

———————————

Decided 15 November 2018

———————————

Before FULTON, CRISFIELD, and GERDING, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court